IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | No.  05-01196-JDT |
| | ) | |
| vs. | ) | |
| | ) | |
| KELLWOOD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):**

October 18, 2005

**JOINING PARTIES:**

for Plaintiff:       December 2, 2005
for Defendant:       January 2, 2006

**AMENDING PLEADINGS:**

for Plaintiff:       December 2, 2005
for Defendant:       January 2, 2006

**COMPLETING ALL DISCOVERY:**

June 2, 2006

(a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**
June 2, 2006

(b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**

M JBS 901988 v1
2484300-000022 09/19/05

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on _09-26-06_

       (i)  Plaintiff's Experts: March 31, 2006
       (ii)  Defendant's Experts: May 1, 2006
       (iii)  Supplementation under Rule 26(e): May 11, 2006

    (c)     **DEPOSITIONS OF EXPERTS:** June 2, 2006

## FILING DISPOSITIVE MOTIONS:

July 21, 2006

## FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

    (a)     for Plaintiff:   September 8, 2006
    (b)     for Defendant: September 22, 2006

Parties shall have <u>10</u> days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last **3** days and is **SET** for **JURY TRIAL** on October 23, 2006 at 9:30 A.M. A joint pretrial order is due on October 13, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

## OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(l)(A) and (a)(l)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation,

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

M JBS 901988 v1
2484300-000022  09/19/05

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*__The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.__*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. Thomas Anderson

UNITED STATES MAGISTRATE JUDGE

Date: September 23, 2005

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01196 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
Gibson County Courthouse
Trenton, TN 38382

Robert M. Williams
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT